UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** December 17, 2021 | **Time:** 1:22 – 1:33<br>11 minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 21-cv-07171-SI | **Case Name:** Center For Biological Diversity v. United States Bureau of Land Management | |

**Attorney for Plaintiff:** Lisa Belenky
**Attorney for Defendant:** Paul Turcke, Rickey Turner

**Deputy Clerk:** Esther Chung          **Court Reporter:** FTR - SF

## PROCEEDINGS

Initial Case Management Conference – held via Zoom webinar.

## SUMMARY

The Court approved the following schedule and said the remaining balance of scheduling will occur at the next Status Conference.

SCHEDULING ORDER
Responsive Pleading due: **February 3, 2022.**
On or before **April 15, 2022**, Federal Defendants shall file the administrative records.
On or before **June 14, 2022**, Plaintiffs shall notify Federal Defendants whether Plaintiffs believe the administrative records are complete or require supplementation with additional materials.
Status Report due: **July 14, 2022.**
Any motion shall be filed by **August 15, 2022**.

CASE CONTINUED:  **Further Status Conference set for July 22, 2022 at 3:00 p.m.**
Joint Status Report due: **July 14, 2022**