**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

## CIVIL MINUTES

| **Date:** October 112, 2023 | **Time:** 12:56 – 3:44<br>2 Hours 30 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 21-cv-07171-SI | **Case Name:** Center For Biological Diversity v. United States Bureau of Land Management | |

**Attorney for Plaintiff:** Victoria Tejeda, Lisa Belenky, Conrad Sproul, Matthew Sanders
**Attorney for Defendant:** Paul Turcke, Rickey Turner

**Deputy Clerk:** Esther Chung  **Court Reporter:** Stephen Franklin

## PROCEEDINGS

Cross-Motions for Summary Judgment (Dkt. 38) Hearing – held via Zoom webinar.

## SUMMARY

The Court presented two additional questions for counsel to address during the hearing. The parties presented argument and rebuttals for their Cross-Motions for Summary Judgment. The Motions were submitted.