UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT, *et al*., <br><br> Defendants. | Case No. 21-cv-07171-SI <br><br> **ORDER RE: NOVEMBER 21, 2025 HEARING** |

Plaintiffs' motion for vacatur and injunctive relief is scheduled for a hearing on November 21, 2025 at 10 a.m. via zoom. As an organizational framework for the hearing, the Court directs the parties to be prepared to address the propriety of the specific proposed relief set forth in plaintiffs' amended proposed order found at Dkt. No. 71-7 at 2-4.

**IT IS SO ORDERED**.

Dated: November 18, 2025

_____
SUSAN ILLSTON
United States District Judge