UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY, et al.,

Plaintiffs,

v.

NADA WOLFF CULVER, et al.,

Defendants.

Case No. 21-cv-07171-SI

**JUDGMENT**

In an order filed October 15, 2024, the Court granted summary judgment in favor of plaintiffs on some claims and granted summary judgment in favor of defendants on other claims. Dkt. No. 45. In an order filed January 23, 2026, the Court granted in part plaintiffs' motion for vacatur and injunctive relief. Dkt. No. 84.

Accordingly, the Court enters judgment in favor of plaintiffs and against defendants. The Court retains jurisdiction to enforce the terms of the January 23, 2026 order and to hear any motion for attorneys' fees.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: February 17, 2026

SUSAN ILLSTON
United States District Judge